I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 10.23.13

DEPUTY CLERK

O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDAL LOPEZ CORTEZ,<br><br>　　　　Petitioner,<br><br>vs.<br><br>GERALD JANDA, Warden,<br><br>　　　　Respondent. | Case No. SACV 13-0582-JSL (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 10/22/13

　　　　　　　　　　　　　　　　　　　Spencer Letts
　　　　　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE