I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 10·23·13

DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDAL LOPEZ CORTEZ,<br><br>Petitioner,<br><br>vs.<br><br>GERALD JANDA, Warden,<br><br>Respondent. | Case No. SACV 13-0582-JSL (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 10/22/13

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

Spencer Letts
_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE